### BARKER *v.* MARIETTA GUANO COMPANY.

FISH, J.    1. Absence of a party for providential cause is not a ground for a continuance of the case, unless his counsel states in his place that he can not go safely to trial without the presence of his client.    Civil Code, § 5131.

2. There was evidence sufficient to support the verdict, and there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed.    All the Justices concurring.*

Argued November 2, — Decided November 28, 1900.

Levy and claim.    Before Judge Reagan.    Upson superior court.    November term, 1899.

*G. D. Dominick,* for plaintiff in error.
*J. M. Smith* and *Allen & Tisinger,* contra.